In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 16,468, Issued to John W. Sage and Transferred to T. A. Jones and Another, etc., Appellants.— Judgment affirmed, with costs. All concurred. .

The People of the State of New York, Respondent, v. Julian Burrows and Monroe W. Crosby, Appellants.— Judgment of conviction as to defendant Burrows affirmed. Judgment of conviction as to defendant Crosby reversed, and new trial granted. All concurred, except Kruse, P. J., who voted for affirmance as to both defendants.

The People of the State of New York ex rel. George G. Simons and Another, Respondents, v. Walter J. Dowling and Others, as Members of Town Board of Redfield, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York ex rel. George G. Simons and Another, Respondents, v. Albert S. Barker and Others, as Members of Town Board of Orwell, etc.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Freeman C. Hallock, Respondent, v. Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Foote, J., who dissented upon the ground that it was error to refuse defendant's requests to charge on the question of plaintiff's assumption of the risk. (See Seaboard Air Line v. Horton, 233 U. S. 492.)

Kate Rumsey, Appellant, v. Darris Sullivan and Another, Respondents. — Interlocutory judgment affirmed, with costs, with leave to the plaintiff to plead over within twenty days, upon payment of the costs of the demurrer and of this appeal. Held, that without passing upon the question of whether, after the defendants have begun to take oil from the premises, the plaintiff would have the right to such equitable relief as she seeks in this action, she has no such remedy at present on the facts stated in her complaint. All concurred.

Menter & Rosenbloom Company, Respondent, v. John L. Kelly, Appellant.— Judgment modified by striking out the third paragraph thereof and such part of the second paragraph as is not covered by the decision and as so modified affirmed, without costs of this appeal to either party. Held, that the judgment entered was too broad and not authorized by the decision; that a judgment in accordance with the decision will fully protect all the plaintiff's rights under the contract. All concurred, except Foote, J., who dissented upon the ground that plaintiff did not make a case for equitable relief, but should be left to its remedy at law.·  · . .

In the Matter of the Final Judicial Settlement of the Accounts of Edward Tracy Scovill and Another, as Executors, etc., of John Hyland, Deceased, Appellants. Margaret E. Clark, Respondent.— Decree reversed and new trial granted, with costs to appellants to abide event. Held, that the finding that the alleged promissory note was made by the testator is contrary to and against the weight of the evidence. All concurred.